Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com

Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>LAWRENCE WILLIAM ESQUIVEL and TARA MICHELLE ESQUIVEL,<br><br>　　　　　　Debtors. | Bankr. Case No.: 18-01287-JDP<br><br>Chapter 11 |
| AUTOCLAIMS DIRECT, INC.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FORD ELSAESSER, as Chapter 7 Trustee of the Bankruptcy Estate of the above-named Debtors and TARA MICHELLE ESQUIVEL, as previous owner of shares in AutoClaims Direct, Inc.,<br><br>　　　　　　Defendants. | **Adv. Case No. 21-06009-JDP**<br><br>ACCEPTANCE OF SERVICE |

　　　　I, Brent R. Wilson, do hereby acknowledge on the 4th day of August, 2021, on behalf of

Defendant, Ford Elsaesser, as Chapter 7 Trustee, I received a true and correct copy of the

Complaint for Declaratory Judgment and Summons filed in this matter on August 3, 2021, and

ACCEPTANCE OF SERVICE – PAGE 1

hereby accept service of the Complaint for Declaratory Judgment and Summons on behalf of Defendant, Ford Elsaesser, as Chapter 7 Trustee.

DATED this 6th day of August, 2021.

_____
Brent R. Wilson

ACCEPTANCE OF SERVICE – PAGE 2