Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com

Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | |
| LAWRENCE WILLIAM ESQUIVEL and TARA MICHELLE ESQUIVEL, | Bankr. Case No.: 18-01287-JDP |
| Debtors. | Chapter 11 |
| AUTOCLAIMS DIRECT, INC., | **Adv. Case No. 21-06009-JDP** |
| Plaintiff, | |
| vs. | ACCEPTANCE OF SERVICE |
| FORD ELSAESSER, as Chapter 7 Trustee of the Bankruptcy Estate of the above-named Debtors and TARA MICHELLE ESQUIVEL, as previous owner of shares in AutoClaims Direct, Inc., | |
| Defendants. | |

I, D. Blair Clark do hereby acknowledge on the 4th day of August, 2021, on behalf of Defendant, Tara Michelle Esquivel, I received a true and correct copy of the Complaint for Declaratory Judgment and Summons filed in this matter on August 3, 2021, and hereby accept

service of the Complaint for Declaratory Judgment and Summons on behalf of Defendant, Tara

Michelle Esquivel.

DATED this 5th day of August, 2021.

D. Blair Clark

Digital Signer:D. Blair Clark
DN C=US, E=dbc@dbclarklaw.com,
OU=Attorney, O="Law Office of D.
Blair Clark, PC", CN=D. Blair Clark
Date:2021.08.11
17:58:22 -06:00

_____

D. Blair Clark

ACCEPTANCE OF SERVICE – PAGE 2