# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>LAWRENCE WILLIAM ESQUIVEL and TARA MICHELLE ESQUIVEL,<br><br>Debtors. | Case No. 18-01287-JDP |
| AUTOCLAIMS DIRECT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FORD ELSAESSER, as Chapter 7 Trustee of the Bankruptcy Estate of the above-named Debtors and TARA MICHELLE ESQUIVEL, as previous owner of shares in AutoClaims Direct, Inc.,<br><br>Defendants. | Adv. Proc. No. 21-06009-JDP |

### ORDER RE DEFENDANTS' MOTION TO DISMISS

ORDER - 1

For the reasons indicated in the Court's oral ruling entered on the record this date, and for other good cause shown,

**IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss, Stay or Abstain, Dkt. No. 6, be and is hereby **GRANTED IN PART,** as provided below.  In particular,

> **1**.  Defendants' request for entry of a discretionary stay under the Federal Declaratory Judgment Act is hereby **GRANTED**, and all further proceedings in this adversary proceeding are hereby **STAYED** pending further order of the Court, to be entered only after appropriate motion, notice and hearing.
>
> **2.**  The Court reserves ruling on all other requests for relief in Defendants' Motion.
>
> **3.**  Counsel for the parties shall communicate, cooperate and file a Joint Status Report concerning the status of the state court litigation, and any other relevant information concerning this action, at least every 120 days after the entry of this order.

ORDER - 2



DATED: November 17, 2021

_____
Jim D. Pappas
U.S. Bankruptcy Judge

ORDER - 3