Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5266
Email: bwilson@hawleytroxell.com

Attorneys for Trustee J. Ford Elsaesser

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>LAWRENCE WILLIAM ESQUIVEL and TARA MICHELLE ESQUIVEL,<br><br>    Debtors, | Case No. 18-01287-JDP |
| AUTOCLAIMS DIRECT, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>FORD ELSAESSER, as Chapter 7 Trustee of the Bankruptcy Estate of the above-named Debtors and TARA MICHELLE ESQUIVEL, as previous owner of shares in AutoClaims Direct, Inc.,<br><br>    Defendants. | Adv. Case No. 21-06009-JDP |

JOINT STATUS REPORT - 1

48489.0018.14605760.1

## JOINT STATUS REPORT

Defendant J. Ford Elsaesser, Chapter 7 Trustee, by and through his attorneys of record, Hawley Troxell Ennis & Hawley LLP, and Plaintiff AutoClaims Direct, Inc., by and through its attorneys of record, Johnson May, hereby provide the Court with Joint Status Report as required by the Court's order dated November 17, 2021. Dkt. No. 20.

The lawsuit, *Esquivel v. AutoClaims Direct, Inc., et al.*, San Diego Superior Court Case No. 37-2021-00031516-CU-WT-NC (the "San Diego Action"), was filed on July 22, 2021. A First Amended Complaint was filed on August 12, 2021, which added the Trustee as a plaintiff and certain additional claims. A Second Amended Complaint was filed on January 18, 2022, in response to a threatened demurrer (motion to dismiss). Defendants eventually answered the Second Amended Complaint, rather than filing a demurrer, and the complaint is now operative. On September 17, 2021, Defendants filed a forum non conveniens motion, seeking to have the San Diego Action dismissed or stayed. The Court denied that motion. The parties have been engaged in discovery for many months. Written discovery is advanced, with multiple sets of responses from Defendants, the Trustee having recently responded to a first set of written discovery, and Ms. Esquivel about to respond to a first set of written discovery. The parties are setting the first depositions for next month, April 2022, and expect within the months of April and May 2022 to complete all party depositions. Third party discovery is set to begin, with third party depositions anticipated mid-2022. Trial has been set to commence on December 9, 2022, and has been estimated to last six days.

Dated: March 17, 2022

Respectfully submitted,

HAWLEY TROXELL ENNIS & HAWLEY LLP

By /s/ Brent R. Wilson  _____
    Brent R. Wilson, ISB No. 8936
    Attorneys for Trustee J. Ford Elsaesser

Dated:  March 17, 2022

JOHNSON MAY

By /s/ Matthew T. Christensen (email auth. provided)_____
    Matthew T. Christensen, ISB No. 7213
    Attorneys for AutoClaims Direct, Inc.

JOINT STATUS REPORT - 3

48489.0018.14605760.1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2022, I electronically filed the foregoing **STATUS REPORT** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Matthew T. Christensen | mtc@angstman.com |
| D. Blair Clark | dbc@dbclarklaw.com |

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail** (list names and addresses):

/s/ Brent R. Wilson
Brent R. Wilson

JOINT STATUS REPORT - 4

48489.0018.14605760.1